USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELINO CASTRO,

                Plaintiff,

v.

CITY OF NEW YORK, CAPTAIN JANET SMITH, CORRECTIONS OFFICER OCTAVIAN DUGGINS, CORRECTIONS OFFICER LEISHA ORTIZ, CORRECTIONS OFFICER TRISHANN MOWATT,

                Defendant

No. 16-CV-8147 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      On September 28, 2020, the Court issued an Order granting in part and denying in part Defendants' motion for summary judgment. Dkt. 92. The Order stated that the Court's reasoning would be articulated in an Opinion that will follow, and that the Court would clarify the parameters of its ruling and discuss next steps at a telephone conference on October 9, 2020 at 12:30 PM. *Id*. The Clerk of Court mailed a copy of the Order to Plaintiff.

      Plaintiff did not call into today's telephone conference. Accordingly, the Court hereby schedules another telephone conference for October 23, 2020 at 12 PM. Mr. Castro is ordered to participate in the October 23, 2020 telephone conference or write a letter to the Court requesting an adjournment if he is unable to participate. **Failure to do so may result in dismissal of this action for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).**

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   October 9, 2020
        New York, New York

_____
Ronnie Abrams
United States District Judge