**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
MARCELINO CASTRO,

                    Plaintiff,                  16 **CIVIL** 8147 (RA)

        -against-                          **JUDGMENT**


CITY OF NEW YORK, CAPTAIN JANET SMITH,
CORRECTIONS OFFICER OCTAVIAN DUGGINS,
CORRECTIONS OFFICER LEISHA ORTIZ,
CORRECTIONS OFFICER TRISHANN MOWATT,

                    Defendants.
------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Opinion and Order dated November 18, 2020, the Court holds that

Defendants are entitled to summary judgment as a matter of law with respect to all of Plaintiff's

claims of excessive force with the exception of his claims against Smith and Duggins regarding

the punch in the clinic. Defendants are also entitled to summary judgment on Plaintiff's claims

for denial of medical care.

**Dated:**  New York, New York
          November 18, 2020


                           **RUBY J. KRAJICK**
                         _____
                           **Clerk of Court**
        **BY:**     K. Mango
                         _____
                             **Deputy Clerk**