```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 05/03/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MARCELINO CASTRO,

                Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF CORRECTION, et al.,

                Defendants.

No. 16-CV-8147 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On January 14, 2021, the Court granted Plaintiff's application for the appointment of *pro bono* counsel for the purposes of trial. On April 15, 2022 and April 19, 2022, Jonathan M. Moses and Ethan P. Amaker, both of Wachtell, Lipton, Rosen & Katz, appeared on behalf of Plaintiff.

Now that Plaintiff has obtained *pro bono* counsel, the Court will hold a scheduling conference on May 18, 2022, at 11:00 a.m. to discuss next steps in this action. Unless the parties request otherwise, the conference will be held by telephone. The parties shall use the dial-in information provided below to call into the conference: Call-in Number: (888) 363-4749; Access Code: 1015508. This conference line is open to the public

SO ORDERED.

Dated:    May 3, 2022
           New York, New York

_____
Ronnie Abrams
United States District Judge