USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/23/2022

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

MARCELINO CASTRO,

                Plaintiff,

v.

NEW YORK CITY DEPARTMENT OF CORRECTION, et al.,

                Defendants.

No. 16-CV-8147 (RA)

ORDER

---

RONNIE ABRAMS, United States District Judge:

On June 22, 2022, the Court ordered the parties to supplement the schedule for remaining discovery in this case with specific dates once they had received and reviewed Correctional Health Services records. By August 30, 2022, the parties shall submit a status letter updating the Court as to the receipt of those records and the progress of discovery generally.

SO ORDERED.

Dated:    August 23, 2022
            New York, New York

_____
Ronnie Abrams
United States District Judge