UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARCELINO CASTRO,<br><br>      Plaintiff(s),<br><br>-against-<br><br>CAPTAIN JANET SMITH AND CORRECTIONS OFFICE OCTAVIAN DUGGINS,<br><br>      Defendant(s). | 16-CV-8147 (JGLC)<br><br>**NOTICE OF REASSIGNMENT** |

JESSICA G. L. CLARKE, United States District Judge:

  This case has been reassigned to the undersigned. Unless and until the Court orders otherwise, all prior orders, dates and deadlines shall remain in effect notwithstanding the case's reassignment. Consistent with the Court's Individual Rules, the parties shall submit a joint pretrial order, motions *in limine*, and, if a party believes it would be useful to the Court, a pretrial memorandum of law by September 20, 2023; any oppositions shall be filed by September 27, 2023. The final pretrial conference is scheduled for October 5, 2023 at 3:00 p.m. in Courtroom 20C. **All counsel must familiarize themselves with the Court's Individual Rules and Practices, including the Court's Individual Trial Rules and Procedures, which are available at https://nysd.uscourts.gov/hon-jessica-g-l-clarke**.

Dated: June 27, 2023
    New York, New York

                     SO ORDERED.

                      *Jessica Clarke*

                      JESSICA G. L. CLARKE
                      United States District Judge