The p





| | | |
|---|---|---|
| **HON. SYLVIA O. HINDS-RADIX**<br>*Corporation Counsel* | T**HE** C**ITY OF** N**EW** Y**ORK**<br>L**AW** D**EPARTMENT**<br>100 CHURCH STREET<br>NEW YORK, NY 10007 | **KELLYANNE HOLOHAN**<br>*Assistant Corporation Counsel*<br>phone: (212) 356-2249<br>fax: (212) 356-3509<br>kholohan@law.nyc.gov |

October 2, 2023

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

        Re: <u>Marcelino Castro v. Janet Smith and Octavian Duggins</u>,
          16-CV-08147 (JGLC) (GWG)

Your Honor:

      I am an Assistant Corporation Counsel in the Office of the Corporation Counsel of the City of New York assigned to the defense of the above-referenced matter. The parties respectfully and jointly submit this request seeking (1) an extension of until October 13, 2023 for the parties to submit their pretrial filings with a similar extension until October 20, 2023 for the parties to submit their opposition and (2) to respectfully request that Your Honor extend the deadline for the parties to submit demonstrative exhibits until October 30, 2023. *See* Civil Docket Entry No. 138. Previously, the parties requested, in the event the trial was adjourned from October 10, 2023, to extend the deadline to October 6, 2023 for the parties to submit their pretrial filings with a similar extension until October 13, 2023 for the parties to submit their opposition. *See* Civil Docket Entry No. 137.

      The parties have conferred preliminarily regarding motions *in limine*. However, the adjournment is needed so the parties may further confer, exchange drafts of pretrial submissions, and finalize those drafts. The parties believe they may be able to come to agreements that would lessen the burden on the Court. This brief extension will not delay this matter as the trial has been adjourned to November 13, 2023.

      As such, the parties respectfully and jointly submit this request seeking (1) an extension of until October 13, 2023 for the parties to submit their pretrial filings with a similar extension until October 20, 2023 for the parties to submit their opposition and (2) to respectfully request that Your Honor extend the deadline for the parties to submit demonstrative exhibits until October 30, 2023

      The parties thank Your Honor for your time and consideration herein.

Respectfully submitted,

*/s/ KellyAnne Holohan*

KellyAnne Holohan
*Assistant Corporation Counsel*
Special Federal Litigation Division

Cc: All counsel (via ECF)

Based on the representation from counsel that the parties will use this additional time to narrow disputes with respect to pretrial submissions (and the Court expects to see that in the pretrial submissions), the Court GRANTS the parties' requested extension. No further extensions will be granted.

SO ORDERED.

JESSICA G. L. CLARKE
United States District Judge

Dated: October 3, 2023
       New York, New York