

**HON. SYLVIA O. HINDS-RADIX**
*Corporation Counsel*

THE CITY OF NEW YORK
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (212) 356-3509
jzangril@law.nyc.gov

January 17, 2024

**BY ECF**
Honorable Jessica G. L. Clarke
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007



Re: Marcelino Castro v. Janet Smith, 16-CV-8147 (JGLC)(GWG)

Your Honor:

I am Senior Counsel in the office of the Hon. Sylvia O. Hinds-Radix, Corporation Counsel of the City of New York, attorney for defendant Janet Smith in the above-referenced action. I write on behalf of all parties to inform the Court that the parties are still working in good faith to negotiate a global settlement of this matter and respectfully request that the Court postpone entering judgment from January 18, 2024 until January 25, 2024, to allow the parties time to continue their negotiations.

Thank you for your consideration of this matter.

Respectfully submitted,

/s/
Joseph Zangrilli
*Senior Counsel*

Application GRANTED. The Clerk of Court is directed to terminate ECF No. 180.

SO ORDERED.

cc   All counsel (via ECF)

*Jessica Clarke* (signature)
JESSICA G. L. CLARKE
United States District Judge
Dated: January 19, 2024
New York, New York